UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VIZHCO CHUNCHI,

Petitioner,

-against-

LADEON FRANCIS, New York Field Office
Director for U.S. Immigration and Customs
Enforcement; TODD LYONS, Acting Director,
United States Immigration and Customs
Enforcement; KRISTI NOEM, Secretary, U.S.
Department of Homeland Security; PAMELA
BONDI, United States Attorney General; and
the U.S. DEPARTMENT OF HOMELAND
SECURITY

Respondents.

**ORDER TO ANSWER**
25 Civ. 10249 (ER)

EDGARDO RAMOS, United States District Judge:

Carlos Vizhco Chunchi has filed for the writ of *habeas corpus* pursuant to 28 U.S.C.

§ 2241.  The Court, having examined the Petition, hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with
the following information:

    a.  whether Petitioner was, as the Petition alleges, *see* Doc. 1 ¶ 11, located in the
Southern District of New York at the time that the Petition was filed and, if not,
what District Petitioner was in at the time of filing and whether the Petition
should be immediately transferred to that District, *see, e.g., Öztürk v. Hyde*, 136
F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y.
2025);

    b.  Petitioner's A-number, current place of detention, and a contact person who can
facilitate prospective counsel's access to Petitioner;

    c.  the statutory provision(s) under which Respondents assert the authority to detain
Petitioner;

    d.  whether there is any basis to distinguish this case from *Liu v. Almodovar et al*. 25-
cv-9256 (S.D.N.Y. December 2, 2025);

    e.  why Petitioner is not a member of the nationwide certified bond eligible class in

> *Bautista v. Santacruz*, No. 25-cv-01873 (SSS)(BFM), 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025);

    f.   a copy of any final order of removal; and

    g.   any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

(2) Unless and until the Court orders otherwise, Respondents shall file an answer to the Petition within **three business days of the date of this Order**; and

(3) Unless and until the Court orders otherwise, Petitioner shall file any reply within **ten business days of the date of this Order**.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g., Khalil v. Joyce*, No. 25-cv-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g., Du v. United States Department of Homeland Sec*urity, No. 25-cv-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

**Moreover, in light of Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g., Perez y Perez v. Noem*, No. 25-cv-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g., Arostegui-Maldonado v. Baltazar*, No. 25-cv-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

## CONCLUSION

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Respondents shall file an answer to the Petition within **three business days of the date of this Order.**  Petitioner shall file any reply within **ten business days of the date of this Order.**

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action.

The Court also directs the Clerk of Court to mail Petitioner an information package.

SO ORDERED.

Dated:    December 12, 2025
         New York, New York

_____
EDGARDO RAMOS
United States District Judge