UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS VIZHO CHUNCHI,

Petitioner,

*– against –*

LADEON FRANCIS, New York Field Office Director for U.S. Immigraton and Customs Enforcement; TODD LYONS, Acting Director, United States Immigration Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, United States Attorney General; and the U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondents.

**ORDER**

25 Civ. 10249 (ER)

RAMOS, D.J.:

On December 10, 2025, Carlos Vizhco Chunchi filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). Doc. 1. Specifically, Petitioner sought his immediate release or a bond hearing pursuant to § 1226(a) within seven days. *Id.* ¶ 10. On January 3, 2026, the Court issued an Opinion and Order granting the petition in part, ordering that ICE provide Petitioner with a bond hearing within seven days of the opinion or release him, but denying the petition insofar as it sought immediate release. Doc. 8. On September 15, 2026, the Government filed a letter informing the Court that a bond hearing was held on February 4, 2026, pursuant to the Court's Opinion and Order, in which the immigration judge denied bail, finding that Petitioner posed a danger to the community. Doc. 9. The Government thus requested that the Court enter judgment and that the case be marked as closed. *Id.* On September 16, 2026, the Court directed

Petitioner to file a response letter by September 18, 2026. Doc. 10. As of the date of this Order, Petitioner has not filed a response.

Given that the Court has already ruled on the petition, Petitioner has been provided the relief granted by the Court, and Petitioner has failed to file a response by the required date, the Court respectfully directs the Clerk of Court to enter judgment and close the case.

It is SO ORDERED.

Dated: October 21, 2026
New York, New York

Edgardo Ramos, U.S.D.J.