**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

CARLOS VIZHO CHUNCHI,

Petitioner,

-against-

25 **CIVIL** 10249 (ER)

# JUDGMENT

LADEON FRANCIS, New York Field Office Director for U.S. Immigraton and Customs Enforcement; TODD LYONS, Acting Director, United States Immigration Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, United States Attorney General; and the U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondents.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 21, 2026, the Court directed Petitioner to file a response letter by September 18, 2026. Doc. 10. As of the date of the Order, Petitioner has not filed a response. Given that the Court has already ruled on the petition, Petitioner has been provided the relief granted by the Court, and Petitioner has failed to file a response by the required date. Judgment is hereby entered; accordingly, the case is closed.

**Dated:** New York, New York

October 26, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**